UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILTON O. CRAWFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG STORE, et. al.,<br><br>    Defendant, | 2:12-cv-00122-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (#1), filed on January 23, 2012.  Plaintiff filed this instant action and attached a financial affidavit to the application and complaint as required by 28 U.S.C. § 1915(a).  Reviewing Plaintiff's financial affidavit pursuant to 28 U.S.C. § 1915, the Court finds that Plaintiff is unable to pre-pay the filing fee. As a result, Plaintiff's request to proceed in forma pauperis in federal court is granted.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis (#1) is **granted**.  Plaintiff shall not be required to pay an initial filing fee.

**IT IS FURTHER ORDERED** that a status hearing is scheduled for **Thursday, March 8, 2012, at 9:30 AM** in courtroom 3A, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

**IT IS FURTHER ORDERED** that only Plaintiff, **MILTON CRAWFORD**, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

. . .

1  **IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Order on the
2  Plaintiff by certified mail, return receipt requested and via regular mail.
3  DATED this 3rd day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge