UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILTON O. CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-00122-GMN-GWF |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SMITH'S FOOD AND DRUG ) | |
| STORE, et. al., ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

     On September 7, 2012, the Court conducted a Pre-trial Discovery Conference in this matter. During the hearing, it was brought to the Court's attention that Defendant Kroger has not yet been served and the status of service on Defendant Kroger is unknown. A summons was previously issued by the Clerk's office to Defendant Kroger. The Court will therefore direct Plaintiff to submit a USM-285 to the U.S. Marshal for service of the summons and Amended Complaint on Defendant Kroger. Accordingly,

     **IT IS HEREBY ORDERED** that the Court Clerk send Plaintiff a copy of the Summons (#17) issued to Defendant Kroger and the required USM-285 form. The Plaintiff shall have twenty (20) days to furnish to the U.S. Marshal the required USM-285 forms. After Plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, he has twenty (20) days to file a notice with the court identifying which defendants were served and which were not served, if any. If the Plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendant, then a motion must be filed with the court identifying the unserved defendant, specifying a more detailed name and address, and indicating whether some other manner of service should be used. Pursuant to the Federal Rules of Civil Procedure Rule 4(m),

1  service must be accomplished within one hundred twenty (120) days from the date that the
2  complaint was filed.
3      **IT IS FURTHER ORDERED** that the Clerk of the Court shall deliver a copy of this
4  order, the Summons (#17) and Amended Complaint (#16) to the U.S. Marshal for service.
5      DATED this 7th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge