UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MILTON O. CRAWFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SMITH'S FOOD AND DRUG ) <br> STORE, et. al., ) <br> ) <br> Defendant, ) | 2:12-cv-00122-GMN-GWF <br><br> **ORDER** <br><br> Motion for Continuance (#69) |

This matter comes before the Court on Plaintiff Milton Crawford's ("Plaintiff") Motion for Continuance of Discovery (#69), filed on October 10, 2012. Time to file a response to the Motion expired on October 29, 2012. The Court construes Plaintiff's Motion as seeking a stay of discovery in this matter pending ruling on certain motions. Specifically, Plaintiff's Motion to Reconsider (#32) the District Court's Acceptance of this Court's Report and Recommendation and Plaintiff's Motion for Default Judgment (#57) are pending before the District Court. Under Local Rule 49-7, the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. To date, no response to the instant Motion (#69) has been filed. Accordingly,

...

...

...

...

...

...

1     **IT IS HEREBY ORDERED** that Plaintiff Milton Crawford's Motion Request for Continuance of Discovery and Scheduling Order and Deposition Schedule (#69) is **granted.** Discovery in this matter shall be stayed pending ruling on Motions (#32, #57) by the District Court.

    DATED this 1st day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge