# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-CV-00122-GMN-GWF |
| vs. ) | |
| ) | **MINUTE ORDER** |
| SMITH'S FOOD AND DRUG STORE INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court for consideration is Plaintiff Milton O. Crawford's Motion Requesting Clarification (ECF No. 96). Having read and considered Plaintiff's Motion,

The Court advises Plaintiff Crawford that the Court's Order that the Mandate be "spread" upon the records of this Court is essentially an order taking judicial notice in this case of the fact that the Ninth Circuit Court of Appeals issued an opinion in that case, so that now that order is part of the record in this instant case.

Date:   December 18, 2012.

_____
Gloria M. Navarro
United States District Judge