UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG STORE, et. al.,<br><br>　　　　Defendant, | 2:12-cv-00122-GMN-GWF<br><br>**ORDER**<br><br>**Motion for Clarification (#100)** |

　　　This matter comes before the Court on Defendants' Motion for Clarification (#85), filed on January 7, 2013. On November 1, 2012, the Court entered an Order (#85) staying the proceedings in this case pending rulings from the District Judge on Plaintiff's Motion to Reconsider (#32) and Motion for Default (#57). Defendants now seek clarification regarding the scope of the Staying Order (#85).

　　　**IT IS HEREBY ORDERED** that Defendants' Motion for Clarification on Scope of Order Granting Stay (#100) is **granted**. The Court's Order (#85) stayed all of the deadlines in the Court's Scheduling Order (#51), including the February 13, 2013 deadline for filing dispositive motions.

　　　DATED this 11th day of January, 2013.

　　　　　　　　　　　　　　　　　　　_George Foley Jr._
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge