UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-00122-GMN-GWF |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SMITH'S FOOD AND DRUG ) | |
| STORE, et. al., ) | **Motion for Clarification (#100)** |
| ) | |
| Defendant, ) | |

      This matter comes before the Court on Defendants' Motion for Clarification (#85), filed on January 7, 2013. On November 1, 2012, the Court entered an Order (#85) staying the proceedings in this case pending rulings from the District Judge on Plaintiff's Motion to Reconsider (#32) and Motion for Default (#57). Defendants now seek clarification regarding the scope of the Staying Order (#85).

      **IT IS HEREBY ORDERED** that Defendants' Motion for Clarification on Scope of Order Granting Stay (#100) is **granted**. The Court's Order (#85) stayed all of the deadlines in the Court's Scheduling Order (#51), including the February 13, 2013 deadline for filing dispositive motions.

      DATED this 11th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge