MANNING CURTIS BRADSHAW
& BEDNAR LLC
Steven C. Bednar (admitted *pro hac vice*)
James E. Ji (admitted *pro hac vice*)
170 South Main Street, Suite 900
Salt Lake City, UT 84101
Telephone: (801) 363-5678
Facsimile: (801) 364-5678
sbednar@mc2b.com
jji@mc2b.com

LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:   (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com

*Attorneys for Defendants Smith's Food
& Drug Centers, Inc. & The Kroger Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., THE KROGER COMPANY, SMITH'S FOOD AND DRUG, et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-00122-GMN-GWF<br><br>**ORDER DENYING SMITH'S FOOD & DRUG CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT (#107) WITHOUT PREJUDICE, AND DENYING PLAINTIFF'S MOTION FOR JUDGE REASSIGNMENT (#140)** |

This matter having come before the Court on September 27, 2013 at 9:00 a.m. on Defendant Smith's Food & Drug Centers, Inc.'s Motion for Summary Judgment (#107) and Plaintiff Milton O. Crawford's Motion for Judge Reassignment (#140). Smith's Food & Drug

Centers, Inc., being represented by its counsel, James E. Ji, Esq., of the law firm of Manning Curtis Bradshaw & Bednar LLC, and Plaintiff Milton O. Crawford, in Proper Person. After having considered the file in this case, the briefs submitted by the parties, and the arguments of counsel and the parties, the Court concludes as follows:

**IT IS HEREBY ORDERED that** Smith's Motion for Summary Judgment (#107) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED that** Plaintiff Milton O. Crawford's Motion for Judge Reassignment (#140) is **DENIED**.

**IT IS FURTHER ORDERED that** this matter is referred to Magistrate Judge George Foley, Jr. to lift the stay imposed by the 11/1/2012 Order (#85) and reset the deadlines in the Stipulated Discovery Plan and Scheduling Order (#50).

**IT IS FURTHER ORDERED that** Plaintiff is referred to the Legal Aid Center of Southern Nevada's Ask-A-Lawyer program.

DATED this 23rd day of January, 2014.

_____
Hon. Gloria M. Navarro
United States District Judge