# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD, | |
| Plaintiff, | Case No. 2:12-cv-00122-GMN-GWF |
| vs. | **ORDER** |
| SMITH'S FOOD AND DRUG CENTERS, INC., THE KROGER COMPANY, SMITH'S FOOD AND DRUG, et al., | |
| | Defendant's Motion For Sanctions (#164) |
| Defendant. | |

This matter comes before the Court on Defendant Smith's Food & Drug, Inc.'s, ("Defendant") Motion for Sanctions (#164), filed on October 23, 2013. Plaintiff filed a Response (#166) on October 30, 2013. Defendant filed its Reply (#167) on November 12, 2013.

Defendant brings this motion for sanctions alleging improper, harassing and bad faith filings made by Plaintiff. *See Doc. #164.* Specifically, Defendant references Plaintiff's "Opposition to the Court's Order ECF No. 142" (#144), Plaintiff's "Opposition to the Court's Order ECF No. 141" (#145), and Plaintiff's "Reply and or Opposition to the Courts minutes of Proceedings Document [143] Motion and Demand's Judge Reassignment in the interest of Justice" (#151 and #152), all of which Plaintiff brought without attempting to demonstrate any of the grounds for reconsideration of the Court's ruling. *Id.*

Local Rule IA 4-1 permits the Court, after notice and opportunity to be heard, to impose any and all appropriate sanctions on an attorney or party appearing in pro se who, without just cause, fails to comply with these rules. The Court, however, previously entered a Report and Recommendation (#194) recommending that Defendant's Motion (#182) for terminating sanctions be granted. If the recommendation is adopted, it renders this earlier motion for sanctions moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Smith's Food & Drug Centers, Inc. Motion for Sanctions (#164) is **denied** without prejudice.

DATED this 8th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge