# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Milton O. Crawford, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cv-0122-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| Smith's Food and Drug Centers, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is *pro se* Plaintiff's Motion for Leave to File (ECF No. 249). Since this motion does not appear to contain a request for action from this Court, Plaintiff's Motion must be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File (ECF No. 249) is **DENIED**.

**DATED** this 11th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court