**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Milton O. Crawford, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cv-0122-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| Smith's Food and Drug Centers, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court are eight Motions, (ECF Nos. 251, 252, 253, 254, 255, 256, 257, and 258), filed by *pro se* Plaintiff Milton O. Crawford.[1]

Plaintiff filed his original Complaint on January 23, 2012, which set forth claims for, *inter alia*, intentional infliction of emotional distress, harassment, defamation, employment discrimination, retaliation, and wrongful termination against Defendant Smith's Food and Drug Store, Inc. (Compl. 3:12-16, ECF No. 1-1). On May 10, 2012, Plaintiff filed an Amended Complaint, naming Kroger Company ("Kroger") as an additional defendant. (Am. Compl., ECF No 16). Pursuant to the parties' stipulated Scheduling Order, discovery in this case was originally scheduled to close on January 14, 2013. (Sched. Order 2:12-17, ECF No 51).

On February 28, 2014, after Plaintiff consistently failed to cooperate with discovery requests in defiance of the Court's Orders, Magistrate Judge George Foley issued a Report and Recommendation stating that Plaintiff's Amended Complaint should be dismissed with prejudice. (Rep. & Rec., ECF No. 194). On April 9, 2014, the Court adopted Judge Foley's Report and Recommendation and dismissed the Amended Complaint with prejudice. (ECF No. 201). On that same day, the Court entered a Judgment in favor of Defendants as to all of

---

[1] In light of Plaintiff's status as a *pro se* litigant, the Court has liberally construed his filings, holding them to standards less stringent than formal pleadings drafted by attorneys. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1 | Plaintiff's claims. (ECF No. 202).

2 |     Subsequently, *pro se* Plaintiff filed eight Motions for Reconsideration in this case. (ECF Nos. 203, 204, 205, 218, 219, 220, 234, 235).  On October 6, 2014, the Court issued an Order, (ECF No. 216), discussing why reconsideration was not warranted and denying the first three of Plaintiffs' Motions.  The Court denied the remaining Motions on July 28, 2015, and, in the same Order, deemed Plaintiff to be a vexatious litigant. (ECF No. 248).

    Plaintiff now requests leave from the Court to file additional motions requesting reconsideration of Plaintiff's status as a vexatious litigant, permission to amend erroneous certificates of service, and entry of default judgment against Kroger Company. (ECF Nos. 251, 252, 253, 254, 255, 256, 257, and 258).  The Court has reviewed these Motions, and finds them to be without merit.

    Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motions, (ECF Nos. 251, 252, 253, 254, 255, 256, 257, and 258), are **DENIED**.

    **DATED** this \_\_25\_\_ day of January, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court