1  MANNING CURTIS BRADSHAW
   & BEDNAR LLC
2  Steven C. Bednar (admitted *pro hac vice*)
   David C Castleberry (Nevada Bar No. 8981)
3  136 East South Temple, Suite 1300
   Salt Lake City, UT  84111
4  Telephone: (801) 363-5678
   Facsimile: (801) 364-5678
5  sbednar@mc2b.com
   dcastleberry@mc2b.com
6
   KAEMPFER CROWELL
7  Lyssa S. Anderson
   1980 Festival Plaza Drive, Suite 650
8  Las Vegas, NV  89135
   Telephone: (702) 792-7000
9  Facsimile: (702) 796-7181
   landerson@kcnvlaw.com
10
   *Attorneys for Defendants Smith's Food & Drug Centers, Inc.*
11 *and The Kroger Co.*

12         IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEVADA
13

| | |
|---|---|
| 14   MILTON O. CRAWFORD, | **SUBSTITUTION OF ATTORNEY** |
| 15         Plaintiff, | Case No.  2:12-cv-00122-GMN-GWF |
| 16     - vs - | |
| 17   SMITH'S FOOD AND DRUG CENTERS, INC., et al., | |
| 18 | |
| 19         Defendants. | |

20        DAVID CASTLEBERRY, of the law firm of MANNING CURTIS BRADSHAW &

21 BEDNAR, PLLC is hereby substituted as attorney for Defendant, The Kroger Co., in the above-

22 entitled action, in place of JAMES E. JI of the law firm of MANNING CURTIS BRADSHAW

23 & BEDNAR, PLLC.

24

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

DATED: March 23rd, 2017.

We hereby consent to the above and foregoing substitution.

                                      The Kroger Co.

                                      */s/ Ian Adams*
By:_____
      Name: Ian Adams

DATED: March 23rd, 2017.

I consent to the above and foregoing substitution.

                                      */s/ James Ji*
By:_____
      Name: James E. Ji

DATED: March 23rd, 2017.

I am duly admitted to practice in this District and am retained by the Kroger Co. in this matter; however I do not maintain an Office in the State of Nevada. As such, I hereby associate Lyssa Anderson of the law firm of Kaempfer Crowell as Local Counsel pursuant to LR IA 11-1(b)(2). The above substitution is accepted.

                                      */s/ David Castleberry*
By:_____
      Name: David Castleberry

**KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1608059/16621.1

DATED: March 23rd, 2017.

Pursuant to LR IA 11-1(b)(2), I am a duly licensed attorney, licensed to practice law in the State of Nevada and maintain an Office at the law firm of Kaempfer Crowell, 1980 Festival Plaza Drive, Suite 650, Las Vegas, NV 89135.  I consent to accept service of papers, process or pleadings in this matter on behalf of The Kroger Co. and/or David Castleberry.

            */s/ Lyssa Anderson*
By:_____
  Name:  Lyssa Anderson

APPROVED:

Dated this 24th day of March, 2017

_____
UNITED STATES MAGISTRATE JUDGE