MANNING CURTIS BRADSHAW
& BEDNAR LLC
Steven C. Bednar (admitted *pro hac vice*)
David C Castleberry (Nevada Bar No. 8981)
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678
sbednar@mc2b.com
dcastleberry@mc2b.com

KAEMPFER CROWELL
Lyssa S. Anderson
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
landerson@kcnvlaw.com

*Attorneys for Defendants Smith's Food & Drug Centers, Inc. and The Kroger Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD,<br><br>Plaintiff,<br><br>- vs -<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., et al.,<br><br>Defendants. | **SUBSTITUTION OF ATTORNEY**<br><br>Case No. 2:12-cv-00122-GMN-GWF |

DAVID CASTLEBERRY, of the law firm of MANNING CURTIS BRADSHAW & BEDNAR, PLLC is hereby substituted as attorney for Defendant, Smith's Food and Drug Centers, Inc., in the above-entitled action, in place of JAMES E. JI of the law firm of MANNING CURTIS BRADSHAW & BEDNAR, PLLC.

1608059/16621.1

Page 1 of 3

DATED: March 23rd, 2017.

We hereby consent to the above and foregoing substitution.

                                      Smith's Food and Drug Centers, Inc.

                                          */s/ Ian Adams*
                              By:_____
                                  Name: Ian Adams

DATED: March 23rd, 2017.

I consent to the above and foregoing substitution.

                                              */s/ James Ji*
                              By:_____
                                  Name: James E. Ji

DATED: March 23rd, 2017.

I am duly admitted to practice in this District and am retained by the Smith's Food and Drug Centers, Inc. in this matter; however I do not maintain an Office in the State of Nevada. As such, I hereby associate Lyssa Anderson of the law firm of Kaempfer Crowell as Local Counsel pursuant to LR IA 11-1(b)(2). The above substitution is accepted.

                                          */s/ David Castleberry*
                              By:_____
                                  Name: David Castleberry

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

DATED: March 23rd, 2017.

Pursuant to LR IA 11-1(b)(2), I am a duly licensed attorney, licensed to practice law in the State of Nevada and maintain an Office at the law firm of Kaempfer Crowell, 1980 Festival Plaza Drive, Suite 650, Las Vegas, NV 89135. I consent to accept service of papers, process or pleadings in this matter on behalf of Smith's Food and Drug Centers, Inc. and/or David Castleberry.

*/s/ Lyssa Anderson*
By:_____
Name: Lyssa Anderson

APPROVED:

Dated this  24th  day of March, 2017

_____
UNITED STATES MAGISTRATE JUDGE