UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Milton O. Crawford,<br><br>    Plaintiff,<br>vs.<br><br>Smith's Food and Drug Centers, Inc., et al.,<br><br>    Defendants. | Case No.: 2:12-cv-0122-GMN-GWF<br><br>**ORDER** |

Pending before the Court is the Motion for Leave to File Exhibits, (ECF No. 276), filed by *pro se* Plaintiff Milton O. Crawford ("Plaintiff").[1] These exhibits pertain to Plaintiff's Motion for Leave to File a Motion for New Trial, (ECF No. 270). The Court denied the request for new trial in its Order on December 23, 2016. (ECF No. 275). Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Exhibits, (ECF No. 276), is **DENIED as moot**.

Also pending before the Court is Plaintiff's Motion for Transcripts on appeal. (ECF No. 280). On April 21, 2017, the Ninth Circuit denied Plaintiff's *in forma pauperis* status and dismissed Plaintiff's appeal as frivolous. (ECF No. 291). Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Transcripts, (ECF No. 280), is **DENIED as moot.**

**DATED** this __25__ day of July, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

[1] In light of Plaintiff's status as a *pro se* litigant, the Court has liberally construed his filings, holding them to standards less stringent than formal pleadings drafted by attorneys. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007).