**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MILTON O. CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:12-cv-00122-GMN-GWF |
| vs. | ) | |
| | ) | **ORDER** |
| SMITH'S FOOD AND DRUG STORE, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court are Plaintiff Milton O. Crawford's ("Plaintiff's") Motion for Leave to File Request for Judgment ("Motion for Judgment"), (ECF No. 298), Motion for Leave to File Certificate of Service as to Affidavit, (ECF No. 299), regarding his Motion for Judgment, Motion for Leave to File Server Affidavit of Service, (ECF No. 301), regarding his Motion for Judgment, and Motion for Leave to File Certificate of Service, (ECF No. 302), to his Motion for Judgment.

Plaintiff's Motion for Judgment requests leave to file a motion for the Clerk of Court to enter default judgment against Defendant Kroger Co. ("Kroger") for failing to appear. (Mot. Leave to File Request for Judgment 2:2–7, ECF No. 298). Not only has Kroger made numerous appearances in this case, but the Court also issued an Order, (ECF No. 141), granting Kroger's Motion to Dismiss, (ECF No. 71), Plaintiff's claims against it with prejudice.

The Court denies Plaintiff's Motion for Judgement. Under Federal Rule of Civil Procedure 55(b)(1), clerk's entry of default is proper only if the defendant has not made an appearance. Because Kroger has appeared in this action, and given that the Court has dismissed Plaintiff's claims against Kroger with prejudice, clerk's entry of default would be improper.

Since the Court denies Plaintiff's Motion for Judgment, the Court denies as moot Plaintiff's remaining Motions. The remaining Motions request leave to file necessary papers associated with Plaintiff's Motion for Judgment. In light of the Court's denial of Plaintiff's Motion for Judgment, Plaintiff need not make the associated filings.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Request for Judgment, (ECF No. 298), is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Certificate of Service as to Affidavit, (ECF No. 299), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Server Affidavit of Service, (ECF No. 301), is **DENIED as moot**.

**IT IS FURTHER ORDERED**, that Plaintiff's Motion for Leave to File Certificate of Service, (ECF No. 302), is **DENIED as moot**.

**DATED** this __7__ day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court